IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL MURRAY | : | CIVIL ACTION |
| | : | NO. 10-1014 |
| v. | : | |
| | : | |
| C/O ALLEN, ETAL. | : | |
| | : | |

## **ORDER**

AND NOW, this 21st day of October, 2010, upon consideration of Aramark's motion to dismiss and plaintiff's response thereto, it is ORDERED that the motion is GRANTED. Plaintiff's claims against Aramark are DISMISSED. Plaintiff may file an amended complaint alleging facts sufficient to state a claim against Aramark within 30 days of the date of this Order.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.